UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JAMES ROBERT SORRELL,<br><br>　　Defendant. | NO. CR-11-058-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS,** *INTER ALIA* |

Before the Court is Defendant's Motion to Dismiss the Indictment (ECF No. 24). Alternatively, Defendant moves for Leave to File Additional Motions (ECF No. 32). A hearing was held on June 1, 2011. Defendant was present and represented by Robert Fischer. The Government was represented by Matthew Duggan. After hearing oral argument and considering the parties' submissions, the Court finds that dismissal is not warranted and therefore denies Defendant's Motion to Dismiss. Given this, the Court grants Defendant's Motion for Leave.

The trial in this matter, scheduled for June 13, 2011, is reset to July 13, 2011 in order to allow Defendant time to make additional pretrial motions.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss (ECF No. 24) is **DENIED.**

2. Defendant's Motion for Leave to File Additional Motions (ECF No. 32) is **GRANTED**.

3. The jury trial set for June 13, 2011, is **stricken**. A jury trial is **set** for **July**

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND RESETTING TRIAL DATE,** *INTER ALIA* * 1

1  **13, 2011**, in Spokane, Washington. Counsel and defendant shall appear at 8:30 a.m.
2  the first day of trial; jury selection shall begin at 9:00 a.m.
3      4. A pretrial conference shall be scheduled if the parties deem, or subsequent
4  motions make, it necessary.
5      5. Pursuant to 18 U.S.C. §§ 3161(h)(1)(D) & (H), the time between May 11,
6  2011, the date on which Defendant filed the Motion to Dismiss, and the date of this
7  Order is **DECLARED EXCLUDABLE** for purposes of computing time under the
8  Speedy Trial Act.
9      **IT IS SO ORDERED.** The District Court Executive is directed to enter this
10  Order and forward copies to counsel.
11      **DATED** this 13th day of June, 2011.

                    *s/Robert H. Whaley*
                    ROBERT H. WHALEY
                    United States District Court

Q:\aCRIMINAL\2011\Sorrel\denydismiss.ord.wpd

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND RESETTING TRIAL DATE,** *INTER ALIA* \* 2