PROB 12B
(7/93)

Report Date: January 15, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 17 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Robert Sorrell         Case Number: 2:11CR00058-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 10/18/2011          Type of Supervision:  Supervised Release

Original Offense: Failure to Register, 18 U.S.C. § 2250(a)         Date Supervision will Commence: 03/10/2013

Original Sentence: Prison - 27 Months
                   TSR - 36 Months           Date Supervision Expires: 03/09/2016

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

The offender will release from the custody of the Bureau of Prisons on March 10, 2013. As the offender is a registered sex offender, and he has not obtained appropriate housing, it is respectfully recommended the offender's conditions of supervised release be modified to include up to 180 days confinement at the RRC in Spokane. This will allow the offender ample opportunity to secure housing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/15/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Prob 12B
Re: Sorrell, James Robert
January 15, 2013
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Jan. 17, 2013
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____   Signed: _____
U.S. Probation Officer                             James Robert Sorrell
                                                   Probationer or Supervised Releasee

1-8-13
Date