PROB 12C
(7/93)

Report Date: March 12, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 13 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Robert Sorrell          Case Number: 2:11CR00058-001

Address of Offender:  Absconded

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence:  10/18/2011

Original Offense:          Failure to Register , 18 U.S.C. § 2250(a)

Original Sentence:         Prison - 27 Months          Type of Supervision: Supervised Release
                           TSR - 36 Months

Asst. U.S. Attorney:       Matthew F. Duggan          Date Supervision Commenced: 03/08/2013

Defense Attorney:          Robert R. Fischer          Date Supervision Expires: 03/07/2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: The offender failed to report to the U.S. Probation Office within 72 hours of release. |
| 2 | **Special Condition # 20**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**:  The offender failed to report to the Residential Reentry Center on 03/11/2013 as directed. |

Prob12C
**Re:  Sorrell, James Robert**
**March 12, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/12/2013
_____

s/Tommy Rosser
_____

U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

3/13/13
_____

Date